FILED
JUN - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: 08MJ8511 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Yuliana TORREROS-Cota | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about June 5, 2008, within the Southern District of California, defendant Yuliana TORREROS-Cota did knowingly and intentionally import approximately 54.22 kilograms (119.55 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 6TH, DAY OF JUNE 2008.

_____
Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Yuliana TORREROS-Cota

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Joe Morquecho.

On June 5, 2008, at approximately 1127 hours, Yuliana TORREROS-Cota entered the United States at the Calexico, CA West Port of Entry. TORREROS was the driver of 2001 Ford Focus.

Customs Border Protection Officer Ramos was assigned to primary lanes when TORREROS entered his lane. TORREROS gave Officer Ramos a negative oral Customs declaration. Officer Ramos noted during the inspection the floor of the vehicle appeared to have a depth discrepancy. Officer Ramos referred TORREROS and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, Officer Ramos requested that Canine Enforcement Officer (CEO) Waters screen the vehicle for contraband with his assigned Narcotic Detector Dog (NDD). CEO Waters noted his NDD alerted to the vehicle.

A subsequent inspection of the vehicle revealed 39 packages in a non factory installed compartment under the floorboards of the vehicle. Officer Ramos probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 39 packages had a combined net weight of approximately 54.22 kilograms (119.55 pounds).

TORREROS was advised of her Constitutional Rights in Spanish, which she acknowledged and waived. TORREROS stated she was told she would be paid $2,000.00 to drive a vehicle laden with marijuana into the United States. TORREROS said she was given the vehicle to register under her name, but she was not the owner.